UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ayfer Yalincak,<br>*Petitioner*,<br><br>*v.*<br><br>Bureau of Immigration Customs and Enforcement, et al.,<br>*Respondents.* | Civil No. 3:08cv1193 (JBA) |

**ORDER TO SHOW CAUSE**

Upon the Petition of Ayfer Yalincak, it is hereby ORDERED that:

(1) Respondents shall show cause on or before **August 20, 2008**, why the relief prayed for in the Emergency Application for a Writ of Habeas Corpus [Doc. # 1] should not be granted; and

(2) Because Petitioner's counsel has not yet entered an appearance in this case, and due to the exigent circumstances, the U.S. Marshal is ordered to serve this Order, together with a copy of the Petition, on Respondents' representative, Nora Dannehy, Acting United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510, by 5:00 p.m. on **August 8, 2008**.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 6th day of August, 2008.