UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AYFER YALINCAK<br>Petitioner<br><br>v.<br><br>MICHAEL CHERTOFF, as secretary of the Department of Homeland Security, et al<br>Respondents | : | No. 3:08cv1193(JBA) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Douglas P. Morabito as counsel for the defendants in the above-captioned case.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct20962
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
Email: Douglas.morabito@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on August ~~11~~ 12, 2008 a copy of the foregoing appearance was served by mail on the following:

Ayfer Yalincak, Pro Se
Donald W. Wyatt
950 High Street
Central Falls, RI 02863

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct20962
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
Email: Douglas.morabito@usdoj.gov